UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

vs.         CASE NO. 04-80422
      HON. LAWRENCE P. ZATKOFF

JAMES LOSSIA,

      Defendant/Petitioner.
_____/

**OPINION AND ORDER**

      This matter is before the Court on a Motion for Early Termination of Supervised Release (Docket #77), filed by Defendant. The Government has filed a response and the Defendant has filed a reply. The Court finds that the facts and legal arguments pertinent to the motion are adequately presented in the parties' papers, and the decision process will not be aided by oral arguments. Therefore, pursuant to E.D. Mich. Local R. 7.1(f)(2), it is hereby ORDERED that the motion be resolved on the briefs submitted by the parties, without this Court entertaining oral arguments. For the reasons that follow, Defendant's motion is denied.

      In this case, as has been stated previously, Defendant engaged in conduct that involved more than the simple theft of money. He stole personal identification of at least six other citizens to obtain credit cards, which resulted in tremendous upheaval and great distress to the victims. Their credit was affected, their ability to purchase goods and services hindered, and their sense of privacy and safety was greatly diminished. Significantly, Defendant had engaged in similar behavior for a period of 10 years prior to being charged with the underlying crime in this case, and he did so despite numerous convictions during that period.

For those reasons, and others, this Court imposed a significant sentence and a three-year term of supervised release. The Court has reviewed and considered Defendant's motion and notes that Defendant has complied with the terms of his supervised release to date. Based on Defendant's extensive criminal history, however, the Court believes the interest of justice weigh heavily in favor of having Defendant remain under supervision for the entirety of the three-year term of supervised release imposed by this Court. Accordingly, the Court ORDERS that Defendant's Motion for Early Termination of Supervised Release (Docket #77) be, and hereby is, DENIED.

IT IS SO ORDERED.

                                                                                      S/Lawrence P. Zatkoff
                                                                                      LAWRENCE P. ZATKOFF
                                                                                      UNITED STATES DISTRICT JUDGE

Date: January 15, 2014